# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED SEPTEMBER 26, 2024

---

---

### NO. 03-23-00053-CV

---

**Michael Rooney and Yvonne Nacu, Appellants**

**v.**

**City of Austin; Kirk Watson, in his Official Capacity as Mayor of the City of Austin; Shay Roalson, in her Official Capacity as Austin Water Director; and Denise Lucas, in her Official Capacity as City of Austin Development Department Services Director, Appellees**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the final judgment signed by the trial court on December 19, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.